# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 19-08865 PA (AFMx) | Date | February 5, 2020 |
|---|---|---|---|
| Title | Tashanie Clower v. Nettie Stevenson, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| T. Jackson | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiffs: Attorneys Present for Defendants:

**Proceedings:** **Order to Show Cause Re: Dismissal For Lack Of Prosecution**

On October 15, 2019, plaintiff Tashanie Clower ("Plaintiff") filed a Complaint in this Court. (Dkt. No. 1.) On January 17, 2020 the Court ordered Plaintiff to show cause, in writing, why this action should not be dismissed for lack of prosecution. (Dkt. No. 22.) In the January 17, 2020 Order, the Court noted that "an action must be dismissed without prejudice if the summons and complaint are not served on a defendant within 90 days after the complaint is filed." (Id. (citing Fed. R. Civ. P 4(m).) The Court's Order warned that "[f]ailure to respond to this Order may result in the imposition of sanctions, including but not limited to dismissal of the Complaint." (Id.) To date, and despite the passage of the deadline in which to do so, Plaintiff has not responded to the Court's January 17, 2020 Order, or filed a proof of service in this action.

The Court orders Plaintiff to show cause, in writing, on or before **February 12, 2020** why this action should not be dismissed for lack of prosecution. The Order to Show Cause will stand submitted upon the filing of Plaintiff's response. Failure to respond to this Order will result in the dismissal of Plaintiff's complaint.

IT IS SO ORDERED.